ST. TAMMANY PARISH SHERIFF'S OFFICE
CHAPTER 03 – SECTION 08

HOME

# EMPLOYEE CONDUCT

PURPOSE

DR.03:08.000.

A. Members of the STPSO shall conduct themselves at all times, both on and off duty, in such a manner as to reflect most favorably on the Agency. Unbecoming conduct shall include that which brings the Agency into disrepute or reflects discredit upon the individual as a member of the STPSO, or that which impairs the operation or efficiency of the STPSO or the individual.

B. Members of the STPSO shall be courteous to the public. Members shall be tactful in the performance of their duties; shall control their tempers and exercise the utmost patience and discretion. Members shall not engage in argumentative discussions, even in the face of extreme provocation. In the performance of their duties, members shall not use coarse, violent, profane, insolent, derogatory language or gestures and shall not express any prejudice concerning race, sex, religion, politics, age, national origin, life style, or similar personal characteristics.

C. Members of the STPSO shall obey all laws of the United States and of any state or local jurisdictions in which the members are present. A conviction of the violation of any law shall be prima facie evidence of a violation of this section.

D. Each employee has an obligation to observe and follow the STPSO policies and to maintain proper standards of conduct at all times as described herein. If an individual's behavior interferes with the orderly and efficient operation of the Agency, corrective disciplinary measures may be taken.

E. Each employee shall abide by and conduct themselves pursuant to:

| | |
|---|---|
| Professional Police Ethics | Refer to DR.03:08.050 |
| Law Enforcement Code of Ethics. | Refer to DR.03:08.100. |
| Law Enforcement Code of Ethics (General) | Refer to DR.03:08.150. |

Exhibit "A"

Original Document: 08 15 01
Revision Effective: 02 25 15